■ RITA ULLAH, Respondent, v. MOHAMED ALI, Appellant.— Order entered on October 20, 1960, adjudging defendant to be the father of a male child born to the complainant on September 11, 1957, and directing defendant to pay the sum of $8 weekly for the support of said child, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, McNally, Eager and Bastow, JJ.

■ LASZLO GERO, Appellant, v. NEW YORK CITY TRANSIT AUTHORITY, Respondent.— The determination of the Appellate Term, reversing judgment for the plaintiff in the City Court of the City of New York, County of New York, entered on September 29, 1959, and dismissing the complaint, with costs to the defendant herein, unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Rabin, McNally, Eager and Bastow, JJ.

■ In the Matter of the Accounting of SOLON S. KANE, as Executor of IDA C. PASQUARIELLO, Deceased, Respondent. ROSE CUNETTA, as Executrix of JOSEPH PASQUARIELLO, Deceased, Respondent; RUGGERO FARACE, as Consul General of Italy at New York, on Behalf of MARIA FUSCO and Others, Appellant.— Decree, so far as appealed from, unanimously affirmed, with costs to objectant-respondent. No opinion. Concur — Botein, P. J., Rabin, McNally, Eager and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HEZEKIEL MOORE, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Rabin, McNally, Eager and Bastow, JJ.

■ PRUDENCIO RIVERA, Individually and as Guardian ad Litem of FERNANDO RIVERA, Respondent, v. CITY OF NEW YORK et al., Appellants.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Bastow, JJ.

■ In the Matter of ROBERT E. VOTTELER, Appellant, v. ROBERT E. HERMAN, as State Rent Administrator, Respondent.— Order entered on March 22, 1961, dismissing petitioner's article 78 proceeding and sustaining the determination of the State Rent Administrator, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Bastow, JJ.